# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                            Case No. 3:22-cr-42-RBD-RMN

JEZIAH GUAGNO
_____

## ORDER

Before the Court is U.S. Magistrate Judge Robert M. Norway's Report and Recommendation (Doc. 74 ("R&R")) submitting that the Court should find Defendant Jeziah Guagno mentally competent to proceed to trial. The parties did not object and the time for doing so has passed. The R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 74) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Court **FINDS** Defendant Jeziah Guagno competent to proceed to trial.

3. This case will be set for hearing in a separate notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 31, 2023.

ROY B. DALTON, JR.
United States District Judge