UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                         **Case No: 3:22-cr-42-RBD-RMN**

**JEZIAH GUAGNO**

AUSA: Tyrie Boyer

Defense Attorney: Joshua Lukman, FPD

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **January 9, 2024** 10:01 A.M. – 10:43 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Keitra Davis | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Josette Waters obo Irish Anderson |
| TOTAL TIME: | 42 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called.   Appearances made by counsel.

Witness (unsworn):
H.S., telephonic appearance (victim)
Joseph Guagno (father of defendant)

Defendant was adjudged guilty as to Count One of the Indictment.

**IMPRISONMENT**:   37 MONTHS.

**SUPERVISED RELEASE**:   3 YEARS.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Substance Abuse Program
- Mental Health Treatment
- No contact either direct or indirect with victim or victim's family
- Collection of DNA

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $100.00, due immediately.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.

Court is adjourned.